1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MUHAMMAD NAYYAR PERVAIZ,            No.  2:16-cv-2118-KJM-KJN PS

12              Plaintiff,

13        v.                            ORDER

14   COMMISSIONER OF SOCIAL
     SECURITY,
15

16              Defendant.

17

18       Plaintiff, who proceeds without counsel and *in forma pauperis*, commenced this social

19   security action on September 6, 2016.  (ECF No. 1.)  On February 16, 2017, the Commissioner

20   lodged and served the administrative record.  (ECF Nos. 23, 24.)  Thereafter, on March 2, 2017,

21   the Commissioner notified the court that it declines to voluntarily remand the case.  (ECF No.

22   29.)

23       In the course of the case so far, plaintiff has filed numerous statements and notices

24   purporting to attach new or supplemental medical evidence.  (ECF Nos. 16, 17, 26, 27.)  The

25   court strikes these filings as unauthorized by the court's scheduling order.  If plaintiff wishes the

26   court to consider arguments in support of a remand for payment of benefits or further

27   administrative proceedings, such arguments shall be included in his motion for summary

28   judgment, to be filed on the schedule outlined below.  Additionally, if plaintiff wishes the court to

1

1   consider any new medical evidence not already contained in the administrative record, plaintiff

2   shall file such additional medical evidence as attachments to his motion for summary judgment.

3   However, plaintiff is cautioned that, under the applicable law, the court is generally limited to

4   considering evidence already in the administrative record, subject to very limited exceptions.  As

5   such, if plaintiff wishes the court to consider new medical evidence submitted with his motion for

6   summary judgment, his motion shall include legal authority and analysis in support of his request

7   for the court to consider the new medical evidence.

8          Accordingly, IT IS HEREBY ORDERED that:

9       1.  Plaintiff's filings at ECF Nos. 16, 17, 26, 27 are STRICKEN and will not be

10          considered by the court.

11      2.  No later than April 17, 2017, plaintiff shall file his motion for summary judgment.

12          The motion for summary judgment shall include all of plaintiff's arguments for why

13          plaintiff's case should be remanded for payment of benefits or further administrative

14          proceedings, and shall attach any new medical evidence plaintiff wishes the court to

15          consider along with legal authority and analysis as to why the court may properly

16          consider such new medical evidence.  Other unauthorized filings will not be

17          considered by the court.

18      3.  The Commissioner shall file its response to plaintiff's motion for summary judgment

19          within 30 days of the filing of plaintiff's motion for summary judgment.  If plaintiff

20          elects to present new medical evidence not in the administrative record, the

21          Commissioner's response shall also specifically address the propriety of considering

22          such evidence and its potential impact on the merits of the case.

23      4.  Plaintiff may, but need not, file a reply brief within 21 days after the filing of the

24          Commissioner's response.

25      5.  Thereafter, the matter will be submitted for decision without oral argument on the

26          record and written briefing.  No oral argument or further briefing will be entertained

27          unless specifically requested by the court.

28   ////

1        IT IS SO ORDERED.

2    Dated:  March 6, 2017

3

4                                                    _____
                                                     KENDALL J. NEWMAN
                                                     UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28